IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01884-BNB

ROGER LEE JACOBS,

    Applicant,

v.

TOM CLEMENTS, Executive Director of the Colorado Department of Corrections, and THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on December 13, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 13 day of December, 2012.

                        FOR THE COURT,

                        JEFFREY P. COLWELL, Clerk

                        By: s/ S. Grimm
                            Deputy Clerk